IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOYCE GARRISON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil No. **07-845-JPG** |
| **VALUE CITY DEPARTMENT STORES,** ) | |
| ) | |
| Defendant. ) | |

### ORDER

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, defendant's Motion to Compel **(Doc. 19)** is **GRANTED**.

Plaintiff shall execute the authorizations for release of medical records submitted to her by defendant, and shall identify all healthcare providers who treated her for injuries arising out of the accident in issue. Plaintiff is cautioned that failure to identify a healthcare provider will result in sanctions, which may include exclusion of evidence relating to that provider.

**IT IS SO ORDERED.**

DATE: August 25, 2008.

<u>s/ Clifford J. Proud</u>
**CLIFFORD J. PROUD
UNITED STATES MAGISTRATE JUDGE**